PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-9003
_____

JAMES A. DENNIS

v.

SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE;
SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW;
DISTRICT ATTORNEY OF PHILADELPHIA COUNTY,
                                        Appellants

On appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No.: 2-11-cv-01660)
District Judge: Honorable Anita B. Brody

**ORDER AMENDING OPINION**

At the direction of the Court, the opinion filed on August 23, 2016 in the above-captioned appeal is hereby amended to reflect that the Honorable Thomas L. Ambro, Circuit Judge joins in the concurring opinion filed by the Honorable Theodore A. McKee, Chief Judge.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  August 23, 2016